NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DARRYL SCHNEIDER,                       )
                                        )
          Appellant,                    )
                                        )
v.                                      )
                                        )       Case No. 2D17-2243
ROBERT WELKER,                          )
                                        )
          Appellee.                     )
                                        )
_____     )

Opinion filed March 23, 2018.

Appeal from the Circuit Court for
Hillsborough County; Paul Huey, Judge.

Darryl Schneider, pro se.

Robin D. Black of the Law Offices of
Lorraine Lester, Lake Mary, for Appellee.


PER CURIAM.


          Affirmed.


SILBERMAN, SLEET, and LUCAS, JJ., Concur.